IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DEVON POWELL, | |
|---|---|
| *Plaintiff*, | |
| v. | CIVIL ACTION No. 17-3729 |
| COMMUNITY EDUCATION CENTERS, | |
| *Defendant*. | |

## **ORDER**

**AND NOW**, this 8th day March, 2018, after consideration of Defendant's Motion to Dismiss, (ECF No. 9), it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff may file an Amended Complaint, consistent with the attached memorandum, on or before **April 9, 2018**.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.