IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEVON POWELL, *Plaintiff,* v. C.E.R.T. OFFICER RAYMOND *Defendant.* | CIVIL ACTION NO. 17-3729 |

## **ORDER**

**AND NOW**, this 4th day of January, 2019, it is **ORDERED** that the case is **DISMISSED with prejudice** and the Clerk of Court is directed to mark the case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.